# UNITED STATES DISTRICT COURT

__**WESTERN**__  DISTRICT OF  __**PENNSYLVANIA**__

**JUDGMENT IN A CIVIL CASE**

LAMAR NELSON DOUGLAS, )
)
Plaintiff, )
)
-vs- ) Civil Action No. 11-350
)
DR. BYUNGHAK JIN, )
)
Defendant . )

## FINAL JUDGMENT AFTER TRIAL

Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict upon answers to special written interrogatories.

IT IS ORDERED that Judgment is entered in favor of the Defendant, DR. BYUNGHAK JIN, and against the Plaintiff, LAMAR NELSON DOUGLAS.

APPROVED: _[signature]_
United States Magistrate Judge

Date: _May 15, 2014_                     _[signature]_
Clerk

_[signature]_
(By) Deputy Clerk